Submitted April 12, 1971. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Craig, Appellant.

Argued April 13, 1971. *Herman M. Rodgers,* with him *Rodgers, Marks, Irwin and Perfilio,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Davis, Appellant.

Submitted April 12, 1971. *Daniel J. Ackerman,* Assistant Public Defender, and *Dante G. Bertani,* Public Defender, for appellant; *John N. Scales,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Davis, Appellant.

Argued April 14, 1971. *H. David Rothman,* Assistant Public Defender, for appellant; *J. Kent Culley,* Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

## Commonwealth *v.* Deditch, Appellant.

Submitted April 12, 1971. *Richard H. Galloway,* for appellant; *W. Thomas Malcolm,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* DeMino, Appellant.

Submitted April 12, 1971. *John J. Dean* and *J. Graham Sale, Jr.,* Assistant Public Defenders, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dobbins, Appellant.